IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cr-63-MEF |
| | ) | |
| JAMES ARTHUR CARY | ) | |

### **O R D E R**

Upon consideration of the Petition for Modifying Conditions of Supervision with Consent of the Offender (Doc. #28) filed on June 28, 2005, it is hereby

ORDERED that the petition is DENIED as moot.

DONE this 20th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE